## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SCAN COIN INDUSTRIES, AB, a Swedish corporation, v. COINSTAR, INC., a Delaware corporation | FILE COPY: MAY 23, 2008<br>08CV3028   EDA<br>JUDGE NORGLE<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SCAN COIN INDUSTRIES, AB, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Fred E. Schulz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Fred E. Schulz | |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP | |
| STREET ADDRESS<br>225 West Wacker Drive | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2516500 | TELEPHONE NUMBER<br>312-201-2658 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |