IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCAN COIN INDUSTRIES, AB,<br>a Swedish Corporation<br><br>Petitioner,<br><br>v.<br><br>COINSTAR, INC., a Delaware corporation,<br><br>Respondent. | FILE COPY: MAY 23, 2008<br>08CV3028　EDA<br>JUDGE NORGLE<br>MAGISTRATE JUDGE NOLAN |

### **DECLARATION OF RICKARD OVIN**

Rickard Ovin, being duly sworn under oath, testifies as follows:

1.　I serve as the chairman of the board of directors of Scan Coin Industries AB. I have served in this capacity for 8 years. I am over the age of 18 and competent to testify to the matters contained herein, which are within my personal knowledge.

2.　Scan Coin Industries AB is a wholly owned subsidiary of Scan Coin AB, and a sister company of Scan Coin North America, Inc.

3.　Scan Coin Industries AB, formerly known as Scan Coin AB, and Coinstar, Inc., formerly known as Skydeck Corporation, entered into an agreement on April 30, 1993 regarding the manufacture, sale, and development of Scan Coin Industries, AB's coin validation and counting units for use in coin deposit machines (the "Agreement"). The Agreement was amended on September 1, 1994 to reflect that Skydeck Corporation had changed its business name to Coinstar, Inc., among other things. The Agreement was further amended on February 15, 1995.

4.　In connection with my official duties as the chairman of the board of directors of Scan Coin Industries AB, it is my responsibility in the performance of my duties to review corporate documents executed by Scan Coin Industries AB including various contracts and

agreements. I have reviewed the original version of the Agreement and its two amendments and I am familiar with the content and scope. A true, accurate, and authentic copy of the original Agreement along with the first and second amendments are attached hereto as Exhibit A.

5. On April 4, 2007, Scan Coin Industries AB filed a Request for Arbitration with the Arbitration Institute of the Stockholm Chamber of Commerce (the "Arbitration Institute"). The Request for Arbitration concerned a dispute between Scan Coin Industries AB and Coinstar under the terms of the Agreement.

6. In connection with my official duties as the chairman of the board of directors of Scan Coin Industries AB, it is my responsibility in the performance of my duties to consult with our outside legal counsel regarding representation in various legal matters. In that regard, I have corresponded with counsel throughout the pendency of the Request for Arbitration before the Arbitration Institute, and I have reviewed all documents submitted by Scan Coin Industries AB to the Arbitration Institute, as well as all documents sent to Scan Coin Industries AB from the Arbitration Institute.

7. It is part of my responsibility in the performance of my duties to review correspondence, rulings, and orders issued by the Arbitral Tribunal. In that regard, I have reviewed the original Separate Award on Costs issued by the Arbitration Institute on May 8, 2008, and I am familiar with its content and scope. A true, accurate, and authentic copy of the original Separate Award on Costs is attached hereto as Exhibit B.

8. On May 12, 2008, Anders Perborn sent an email to Jonas Benedictsson, Coinstar's counsel for the Arbitration pending before the Arbitration Institute. The email requested that Coinstar execute the payment of the € 156,800 plus interest ordered by the Arbitration Tribunal's Separate Award on Costs. The email requested that Coinstar make

payment by no later than May 19, 2008 and provided payment instructions. A true, accurate, and authentic copy of the original email is attached hereto as Exhibit C.

9.   No payment was received by Scan Coin on or before May 19, 2008, in response to the email identified as Exhibit C.

Under penalty of perjury, I declare that the foregoing statements are true and correct.

This the 23rd day of May, 2008.

_____
Rickard Ovin