IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCAN COIN INDUSTRIES, AB, a Swedish corporation, | ) ) ) | |
| Petitioner | ) ) | Case No: 08 cv 3028 |
| v. | ) ) | Honorable Charles R. Norgle, Sr. |
| COINSTAR, INC., a Delaware corporation, | ) ) ) ) | Magistrate Judge Nolan |
| Respondent. | ) | |

**SCAN COIN INDUSTRIES AB'S DISCLOSURE STATEMENT**

Scan Coin Industries AB submits this Disclosure Statement pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure.

Scan Coin Industries AB is the wholly-owned subsidiary of its parent company, Scan Coin AB, a company formed under the laws of Sweden.

Dated ___June 10, 2008___    /s Fred E. Schulz_____

Attorney for
Scan Coin Industries AB,
a Swedish corporation

Fred E. Schulz
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2658 (Direct)
(312) 201-2555 (Fax)
ARDC No.: 2516500
schulz@wildman.com

1883734

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing Scan Coin Industries AB's Rule 7.1 Disclosure Statement with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Michael O. Warnecke
Eric D. Brandfonbrener
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559

Ramsey M. Al-Salam
Perkins Coie LLP
1201 Third Ave., Ste. 4800
Seattle, WA 98101

and hereby certifies that on June 10, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

None

/s/ Fred E. Schulz