**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **SCAN COIN INDUSTRIES, AB,** a Swedish corporation**,** | ) ) ) | |
| Petitioner | ) ) | Case No: 08 cv 3028 |
| v. | ) ) | Honorable Charles R. Norgle, Sr. |
| **COINSTAR, INC.,** a Delaware corporation, | ) ) ) | Magistrate Judge Nolan |
| Respondent. | ) ) | |

**SCAN COIN INDUSTRIES, AB's
<u>NOTICE OF DISMISSAL</u>**

Plaintiff, Scan Coin Industries, AB, pursuant to F.R.Civ.P. 41(a)(1)(i), gives notice of its voluntary dismissal of this action.


Dated      June 24, 2008            /s Fred E. Schulz

                                    Attorney for
                                    Scan Coin Industries AB,
                                    a Swedish corporation


Fred E. Schulz
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2658 (Direct)
(312) 201-2555 (Fax)
ARDC No.: 2516500
schulz@wildman.com

1883734

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 24, 2008, I electronically filed the foregoing Scan Coin Industries, AB's Notice of Dismissal with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system which will send notification of such filing to the following:

Michael O. Warnecke
Eric D. Brandfonbrener
Perkins Coie LLP
131 S. Dearborn St., Suite 1700
Chicago, IL 60603-5559

Ramsey M. Al-Salam
Perkins Coie LLP
1201 Third Ave., Ste. 4800
Seattle, WA 98101

and hereby certify that on June 24, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

None


/s/ Fred E. Schulz